IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, *et al.*, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) |
| vs. | ) NO. 13 C 575 ) |
| GROOMS & COMPANY CONSTRUCTION, INC., | ) JUDGE EDMOND E. CHANG ) ) |
| Defendant. | ) |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, GROOMS & COMPANY CONSTRUCTION, INC., in the total amount of $16,204.56, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,903.07.

On February 11, 2013, the Alias Summons and Complaint was served on the Defendant's President, Rodney Grooms, by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 4, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 22nd day of April 2013, she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Scott Wormsley
        Bradshaw, Fowler, Proctor & Fairgrave, P.C.
        801 Grand Avenue, Suite 3700
        Des Moines, IA 50309-8004
        wormsley.scott@bradshawlaw.com

        /s/ Catherine M. Chapman

| | |
|---|---|
| Catherine M. Chapman | James P. Moody |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| BAUM SIGMAN AUERBACH & NEUMAN, LTD. | CAVANAGH & O'HARA |
| 200 West Adams Street, Suite 2200 | 407 East Adams Street |
| Chicago, IL 60606-5231 | PO Box 5043 |
| Bar No.: 6204026 | Springfield, IL 62705 |
| Telephone: (312) 236-4316 | Telephone: (217) 544-1771 |
| Facsimile: (312) 236-0241 | Facsimile: (217) 544-9894 |
| E-Mail: cchapman@baumsigman.com | E-Mail: jim@cavanagh-ohara.com |

I:\CarpsJ\Grooms & Company\motion.cmc.df.wpd